```
NATHANIEL TILLMAN              CREDENCE RESOURCE             KINGS DAUGHTERS
YVETTE ANNE TILLMAN            ATTN: BANKRUPTCY              P.O. BOX 5440
2124 JOHN SMITH LN             PO BOX 2300                   HIGHWAY 51 N
WESSON, MS 39191               SOUTHGATE, MI 48195           BROOKHAVEN, MS 39603-54


THOMAS C. ROLLINS, JR.         DONALD JONESSE                KINGS DAUGHTERS PRO AN
THE ROLLINS LAW FIRM, PLLC     212 3RD ST                    P.O. BOX 1547
P.O. BOX 13767                 MCCOMB, MS 39649              SEDALIA, MO 65302
JACKSON, MS 39236


ABILITY RECOVERY               FARMBELT EQUIPMENT            KUBOTA CREDIT CORP
ATTN: BANKRUPTCY               87 HWY 84 E                   P.O. BOX 0559
284 MAIN ST                    BROOKHAVEN, MS 39601          CAROL STREAM, IL 60132-
DUPONT, PA 18641


ANOINTED NEPHROLOGY            FIRST FRANKLIN                LSU HEALTHCARE NETWORK
P.O. BOX 3169                  939 BROOKWAY BLVD             P.O. BOX 919100
JACKSON, MS 39207              BROOKHAVEN, MS 39601          DALLAS, TX 75391


ASSOCIATED RADIOLOGIST         FOURSIGHT CAPITAL, LLC        PORTFOLIO RECOVERY
PO BOX 764                     ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
BROOKHAVEN, MS 39601           PO BOX 45026                  120 CORPORATE BLVD
                               SALT LAKE CITY, UT 84145      NORFOLK, VA 23502


BHR MANAGEMENT                 FRESENIUS KIDNEY CARE         TRAILERS BY PREMIER
PO BOX 5117                    P.O. BOX 919214               PO BOX 5117
SOUTH FULTON, TN 38257         DALLAS, TX 75391              SOUTH FULTON, TN 38257


BROOKHAVEN ENT                 GOODLEAP LLC.                 TULANE UNIVERSITY MEDI
201 S RAILROAD AVE             ATTN: BANKRUPTCY              P.O. BOX 3475
BROOKHAVEN, MS 39601           8781 SIERRA COLLEGE           TOLEDO, OH 43607-0475
                               ROSEVILLE, CA 95661


CAPITAL ONE                    INTERNAL REVENUE SERVI        US ATTORNEY GENERAL
ATTN: BANKRUPTCY               CENTRALIZED INSOLVENCY        US DEPT OF JUSTICE
P.O. BOX 30285                 P.O. BOX 7346                 950 PENNSYLVANIA AVENW
SALT LAKE CITY, UT 84130       PHILADELPHIA, PA 19101-7346   WASHINGTON, DC 20530-00


CAPITAL ORTHO                  INTERNAL REVENUE SERVI
P.O. BOX 30594                 C/O US ATTORNEY
CHARLOTTE, NC 28230-0594       501 EAST COURT ST
                               STE 4.430
                               JACKSON, MS 39201
```