## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATHANIEL TILLMAN ) | |
| ) | |
| AND ) | |
| ) | |
| YVETTE ANNE TILLMAN ) | |
| ) | Case Number: 25-02038-KMS |
| ) | |
| DEBTORS. ) | Chapter 13 |

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**COMES NOW RENTAL ACCESS, LLC ("Creditor"),** owner of a utility trailer and executory contract/unexpired lease agreement for said trailer (See "Lease"; attached hereto) with Debtor, Nathaniel Tillman, and hereby makes objection to Debtor's Plan as follows:

1. On or about August 5, 2025, Nathaniel Tillman ("Debtor") entered into an executory contract/lease agreement ("Lease"; attached hereto) with Blue House Rentals, LLC, as Lessor, for the lease of a 6 x 14 Utility Trailer (VIN# 7NR1U1414LF003385) (See Lease; attached hereto). All interest in and to the lease and trailer was assigned to Rental Access, LLC, by way of assignment dated August 5, 2025. (See Lease; attached hereto).

2. Creditor, RENTAL ACCESS, retains an ownership interest in the leased utility trailer. (See Lease; attached hereto).

3. The Lease is for a term of one (1) month, and month-to-month thereafter, and is terminable at the option of the consumer/renter without any additional fee or charge

(accrued charges/rental payments due remain), by voluntary surrender of the utility trailer. Accordingly, the subject Lease is properly considered an executory contract/unexpired lease and is due to be either assumed, with prompt cure of all arrearage amounts, or rejected, pursuant to 11 U.S.C. § 365.

4. Debtor has failed to include Creditor in his plan.

5. Accordingly, Debtor's proposed Plan is due to be denied and Debtor must amend his Plan, and either assume, with prompt cure of all arrearage amounts, or reject the Lease with Creditor, pursuant to 11 U.S.C. § 365.

**WHEREFORE**, Creditor, RENTAL ACCESS, LLC, respectfully requests that an Order be entered:

(a) Denying confirmation of Debtor's proposed plan; and/or

(b) Requiring Debtor to amend his Plan to either assume, with prompt cure of all arrearage amounts, or reject the Lease with RENTAL ACCESS; and

(c) Awarding RENTAL ACCESS any and all such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this the 14th day of October, 2025.

s/ Patrick O. Gray
Patrick O. Gray,
Attorney for Creditor, Rental Access, LLC

**OF COUNSEL:**
Patrick O. Gray
Gray Law Group
1490 Northbank
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
Email: patrick@gray-lawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above on all counsel of record for all parties using the CM/ECF system which will send such notification to the following:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
601-582-5011
Email: ecfnotices@rawlings13.net

Attached: Creditors Matrix

And via U.S. Mail, postage prepaid, to:

Debtor:
Nathaniel Tillman
2124 John Smith Ln
Wesson, MS 39191

On this 14th day of October, 2025

/s/ Patrick O. Gray
Of Counsel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-02038-KMS<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Tue Oct 14 13:25:30 CDT 2025 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | 1st Franklin Financial Corporation<br>ATTN: Admin Services<br>PO BOX 880<br>Toccoa GA 30577-0880 |
| Ability Recovery<br>Attn: Bankruptcy<br>284 Main St<br>Dupont, PA 18641-1960 | Anointed Nephrology<br>P.O. Box 3169<br>Jackson, MS 39207-3169 | Associated Radiologist<br>PO Box 764<br>Brookhaven, MS 39602-0764 |
| BHR Management<br>PO Box 5117<br>South Fulton, TN 38257-0117 | Brookhaven ENT<br>201 S Railroad Ave<br>Brookhaven, MS 39601-3331 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital Ortho<br>P.O. Box 30594<br>Charlotte, NC 28230-0594 | Credence Resource<br>Attn: Bankruptcy<br>Po Box 2300<br>Southgate, MI 48195-4300 |
| Department of Treasury - Internal Revenue Se<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Donald Jonesse<br>212 3rd St<br>McComb, MS 39648-4102 | Farmbelt Equipment<br>87 Hwy 84 E<br>Brookhaven, MS 39601-9251 |
| First Franklin<br>939 Brookway Blvd<br>Brookhaven, MS 39601-2612 | Foursight Capital LLC<br>PO Box 45026<br>Salt Lake City, UT 84145-0026 | Foursight Capital, LLC<br>Attn: Bankruptcy<br>Po Box 45026<br>Salt Lake City, UT 84145-0026 |
| Fresenius Kidney Care<br>P.O. Box 919214<br>Dallas, TX 75391-9214 | Fresenius Medical Care<br>PBS<br>PO Box 635800<br>Cincinnati, OH 45263-5800 | GoodLeap Llc.<br>Attn: Bankruptcy<br>8781 Sierra College<br>Roseville, CA 95661-5920 |
| Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 | Kings Daughter Pro Anesthesia<br>PO Box 1547<br>Sedalia, MO 65302-1547 | (p)KING'S DAUGHTERS MEDICAL CENTER<br>PO BOX 5440<br>BROOKHAVEN MS 39603-5440 |
| Kings Daughters Pro An<br>P.O. Box 1547<br>Sedalia, MO 65302-1547 | Kubota Credit Corp<br>P.O. Box 0559<br>Carol Stream, IL 60132-0559 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| LSU Healthcare Network<br>P.O. Box 919100<br>Dallas, TX 75391-9100 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Trailers by Premier<br>PO Box 5117<br>South Fulton, TN 38257-0117 |

```
Tulane University Medi                US Attorney General              United States Trustee
P.O. Box 3475                         US Dept of Justice               501 East Court Street
Toledo, OH 43607-0475                 950 Pennsylvania AveNW           Suite 6-430
                                      Washington, DC 20530-0001        Jackson, MS 39201-5022


 (p)DAVID RAWLINGS                    Nathaniel Tillman                Thomas Carl Rollins Jr
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE 2124 John Smith Ln              The Rollins Law Firm, PLLC
PO BOX 566                            Wesson, MS 39191-7733            PO BOX 13767
HATTIESBURG MS 39403-0566                                              Jackson, MS 39236-3767



Yvette Anne Tillman
2124 John Smith Ln
Wesson, MS 39191-7733




             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Kings Daughters                       Portfolio Recovery               David Rawlings
P.O. Box 5440                         Attn: Bankruptcy                 David Rawlings, Chapter 13 Trustee
Highway 51 N                          120 Corporate Blvd               P.O. Box 566
Brookhaven, MS 39603-5440             Norfolk, VA 23502                Hattiesburg, MS 39403



End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36
```