MSSB-7007.1-Adv (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: NATHANIEL TILLMAN

YVETTE ANNE TILLMAN
Debtor(s)

Case No.: 25-02038-KMS

Chapter: 13

_____
Plaintiff(s)

Adv. Proc. No.: _____

_____
Defendant(s)

### Corporate Ownership Statement

Pursuant to Fed. R. Bankr. P. 7007.1 and Miss. Bankr. L.R. 7007.1-1[1], Rental Access, LLC _____, a party in the above-referenced adversary proceeding makes the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

[                                   ]

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 10/15/2025

Attorney Signature: /s/

Patrick O. Gray
Attorney Name

104030
State Bar Number

1490 Northbank Pkwy # 263
Address

Tuscaloosa, AL 35406
City, State, and Zip Code

205 469 7905
Telephone Number

patrick@gray-lawgroup.com
Email Address

---

[1] Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.