# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02038  **Case Name:** Nathaniel Tillman and Yvette Anne Tillman

**Set:** 11/06/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

    Objection to Confirmation filed by the Trustee (Dkt. #14) - ORDER ENTERED 11/3/25

    Objection to Confirmation filed by Rental Access, LLC (Dkt. #15) - AGREED ORDER TO BE SUBMITTED BY ROLLINS; CALLED IN BY ROLLINS

---

  Minute Entry Re: (related document(s): [9] Confirmation Hearing) Rollins to submit an Agreed Order on the Objection filed by Rental Acces, LLC [15]. Order due by 11/20/2025. Confirmation hearing removed. (mcc)