_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: December 12, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Nathaniel Tillman                                         Case No. 25-02038-KMS
         Yvette Anne Tillman, Debtors                                      CHAPTER 13

## AGREED ORDER

On the Objection to Confirmation of Debtor's Chapter 13 Plan (Dk#15) filed by Counsel for Rental Access ("Creditor"), the Court has been informed that the Creditor and Debtor have reached an agreement, and that the relief requested is appropriate.

**IT IS HEREBY ORDERED AND ADJUDGED THAT** Debtors shall assume the existing lease with Rental Access, LLC.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtors' Chapter 13 Plan is amended to assume the lease with Rental Access, LLC, with prompt cure of all arrearage amounts. The lease and arrears will be paid directly by the Debtors.

AGREED BY:
/s/ Thomas C. Rollins, Jr.                           /s/Samuel J. Duncan
Thomas C. Rollins, Jr. (MS Bar No. 103469)           Samuel J. Duncan
The Rollins Law Firm, PLLC                           Staff Attorney on behalf of
P.O. Box 13767, Jackson, MS 39236                    Trustee David Rawlings
601-500-5533                                         601-584-9451
trollins@therollinsfirm.com                          sduncan@rawlings13.net
ATTORNEY FOR DEBTOR


/s/ Patrick O. Gray
Patrick O. Gray
Gray Law Group
1490 Northbank, Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
patrick@gray-lawgroup.com
ATTORNEY FOR CREDITOR