

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    NATHANIEL TILLMAN                            CASE NO. 25-02038 KMS
    YVETTE ANNE TILLMAN,

                                                                                   CHAPTER 13
                DEBTOR(S).

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #28) entered on December 2, 2025, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Objection to Confirmation filed by Rental Access, LLC (Dkt. #15) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##