United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02038-KMS
Nathaniel Tillman  Chapter 13
Yvette Anne Tillman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 3
Date Rcvd: Dec 17, 2025    Form ID: n031    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathaniel Tillman, Yvette Anne Tillman, 2124 John Smith Ln, Wesson, MS 39191-7733 |
| cr | + | Kings Daughters Professional Anesthesia, PO Box 1547, Sedalia, MO 65302-1547 |
| cr | + | Rental Access, LLC, Gray Law Group, c/o Patrick O. Gray, 1490 Northbank Pkwy, Suite 263 Tuscaloosa, AL 35406-2440 |
| 5579737 | + | ASSOCIATED RADIOLOGISTS, P.A., C/O DONALD H. JONES, SR., P.A., PO BOX 1104, MCCOMB, MS 39649-1104 |
| 5549097 | + | Anointed Nephrology, P.O. Box 3169, Jackson, MS 39207-3169 |
| 5549098 | + | Associated Radiologist, PO Box 764, Brookhaven, MS 39602-0764 |
| 5549099 | + | BHR Management, PO Box 5117, South Fulton, TN 38257-0117 |
| 5549102 | | Capital Ortho, P.O. Box 30594, Charlotte, NC 28230-0594 |
| 5549104 | + | Donald Jonesse, 212 3rd St, McComb, MS 39648-4102 |
| 5549105 | + | Farmbelt Equipment, 87 Hwy 84 E, Brookhaven, MS 39601-9251 |
| 5549108 | + | Fresenius Kidney Care, P.O. Box 919214, Dallas, TX 75391-9214 |
| 5561993 | + | Kings Daughter Pro Anesthesia, PO Box 1547, Sedalia, MO 65302-1547 |
| 5549113 | + | Kings Daughters Pro An, P.O. Box 1547, Sedalia, MO 65302-1547 |
| 5594719 | + | Kings Daughters Professional Anesthesia, Kings Daughters Professional Anest, P O Box 1547, Sedalia MO 65302-1547 |
| 5549115 | + | LSU Healthcare Network, P.O. Box 919100, Dallas, TX 75391-9100 |
| 5579738 | + | PIKE NATIONAL BANK, C/O DONALD H. JONES, SR., P.A., PO BOX 1104, MCCOMB, MS 39649-1104 |
| 5549117 | + | Trailers by Premier, PO Box 5117, South Fulton, TN 38257-0117 |
| 5549118 | | Tulane University Medi, P.O. Box 3475, Toledo, OH 43607-0475 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5560863 | + | Email/Text: bankruptcy@1ffc.com | Dec 17 2025 19:25:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5549096 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 17 2025 19:25:00 | Ability Recovery, Attn: Bankruptcy, 284 Main St, Dupont, PA 18641-1960 |
| 5549100 | + | Email/Text: brookhavenentclinic@yahoo.com | Dec 17 2025 19:24:00 | Brookhaven ENT, 201 S Railroad Ave, Brookhaven, MS 39601-3331 |
| 5549101 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2025 19:35:04 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5562375 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 17 2025 19:35:06 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5549103 | + | Email/Text: bankruptcy@credencerm.com | Dec 17 2025 19:25:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5549110 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2025 19:25:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5549106 | + | Email/Text: bankruptcy@1ffc.com | Dec 17 2025 19:25:00 | First Franklin, 939 Brookway Blvd, Brookhaven, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: n031 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | MS 39601-2612 |
| 5572979 | + | Email/Text: OMAbankruptcy@omf.com | Dec 17 2025 19:25:00 | Foursight Capital LLC, PO Box 45026, Salt Lake City, UT 84145-0026 |
| 5549107 | + | Email/Text: OMAbankruptcy@omf.com | Dec 17 2025 19:25:00 | Foursight Capital, LLC, Attn: Bankruptcy, Po Box 45026, Salt Lake City, UT 84145-0026 |
| 5558595 | ^ | MEBN | Dec 17 2025 19:23:07 | Fresenius Medical Care, PBS, PO Box 635800, Cincinnati, OH 45263-5800 |
| 5549109 | + | Email/Text: accountresearch@goodleap.com | Dec 17 2025 19:25:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College, Roseville, CA 95661-5920 |
| 5549111 | + | Email/Text: ebone.woods@usdoj.gov | Dec 17 2025 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5549112 | | Email/Text: rbrooks@kdmc.org | Dec 17 2025 19:25:00 | Kings Daughters, P.O. Box 5440, Highway 51 N, Brookhaven, MS 39603-5440 |
| 5549114 | ^ | MEBN | Dec 17 2025 19:22:51 | Kubota Credit Corp, P.O. Box 0559, Carol Stream, IL 60132-0559 |
| 5574389 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Dec 17 2025 19:25:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5549116 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2025 19:35:04 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5580315 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2025 19:35:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5583127 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2025 19:25:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 5549119 | ^ | MEBN | Dec 17 2025 19:22:46 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Dec 17, 2025 | Form ID: n031 | Total Noticed: 38 |

    ecfnotices@rawlings13.net  sduncan@rawlings13.net

Patrick Gray
    on behalf of Creditor Rental Access  LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Yvette Anne Tillman trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Nathaniel Tillman trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02038−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Nathaniel Tillman<br>2124 John Smith Ln<br>Wesson, MS 39191 | Yvette Anne Tillman<br>aka Yvette Ann Tillman, aka Yvette A Tillman<br>2124 John Smith Ln<br>Wesson, MS 39191 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 17, 2025 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: December 17, 2025        Danny L. Miller, Clerk of Court