_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 12, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    Nathaniel Tillman | Case No. 25-02038-KMS |
| Yvette Anne Tillman, Debtors | CHAPTER 13 |

### AGREED ORDER

On the Objection to Confirmation of Debtor's Chapter 13 Plan (Dk#15) filed by Counsel for Rental Access ("Creditor"), the Court has been informed that the Creditor and Debtor have reached an agreement, and that the relief requested is appropriate.

**IT IS HEREBY ORDERED AND ADJUDGED THAT** Debtors shall assume the existing lease with Rental Access, LLC.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtors' Chapter 13 Plan is amended to assume the lease with Rental Access, LLC, with prompt cure of all arrearage amounts. The lease and arrears will be paid directly by the Debtors.

AGREED BY:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/Samuel J. Duncan |
| Thomas C. Rollins, Jr. (MS Bar No. 103469) | Samuel J. Duncan |
| The Rollins Law Firm, PLLC | Staff Attorney on behalf of |
| P.O. Box 13767, Jackson, MS 39236 | Trustee David Rawlings |
| 601-500-5533 | 601-584-9451 |
| trollins@therollinsfirm.com | sduncan@rawlings13.net |
| ATTORNEY FOR DEBTOR | |

/s/ Patrick O. Gray
Patrick O. Gray
Gray Law Group
1490 Northbank, Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
patrick@gray-lawgroup.com
ATTORNEY FOR CREDITOR