# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NATHANIEL TILLMAN | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| YVETTE ANNE TILLMAN | ) | |
| | ) | Case Number: 25-02038-KMS |
| | ) | |
| DEBTORS. | ) | Chapter 13 |

## AFFIDAVIT OF JENNIFER WOODS

STATE OF TENNESSEE )
OBION COUNTY )

**BEFORE ME, the undersigned authority, personally appeared Jennifer Woods, who being known to me and being first duly sworn, deposes and says as follows:**

My name is Jennifer Woods and I am employed as Collections Manager for Rental Access, LLC, a creditor in the above-styled cause. I am a custodian of the records of Rental Access, LLC, kept and maintained in the ordinary course of business. I am personally familiar with the account of Nathaniel Tillman, and am competent to testify to the facts contained herein. I make this affidavit for the purpose of providing evidence in support of the arguments and claims of Rental Access, LLC.

The property made the subject matter of this action is a utility trailer being leased to Tillman, described as:

**One utility trailer; to wit: (1) 6 x 14 Utility Trailer (VIN# 7NR1U1414LF003385).**

Blue House Rentals, LLC entered into a consumer Rental Agreement (hereinafter referred as "Rental Agreement") for a utility trailer, dated August 5, 2025, with Nathaniel Tillman. All right and title in and to the subject utility trailer and Rental Agreement was assigned to Rental Access, LLC, by way of assignment on August 5, 2025. A true and correct copy of the Rental Agreement is attached hereto as Exhibit "A" and incorporated herein.

Rental Access, LLC retains an ownership interest and claims a possessory interest in that certain utility trailer; to wit: (1) 6 x 14 Utility Trailer wherever found, by virtue of the provisions of the Rental Agreement and Tillman's default thereunder.

Mr. Tillman is now in default and has failed to make a monthly payment owed under the Rental Agreement since 9/7/2025, with legal fees and costs accruing, with a total of $866.90 monthly payments unpaid. (See Pay History and Rental Agreement, attached).

There is a substantial risk of damage or loss to the above-described property and Rental Access has and will continue to incur substantial monetary loss if Mr. Tillman is allowed to continue in default and possession. Additionally, the property continues to depreciate and/or deteriorate. Accordingly, Rental Access, LLC needs to be able to protect its interests in the subject utility trailer under the terms of the Rental Agreement.

Jennifer Woods
RENTAL ACCESS, LLC

SWORN TO and subscribed before me on this the ___11___ day of June, 2026.

NOTARY PUBLIC
My Commission Expires: 3-16-30

Account #: 1613185

On file CC x 0 ACH x 0

Cust. Name TILLMAN, NATHANIEL

☑Always Display Actions

Alt. Name

Address 2124 JOHN SMITH LN          Apt                              Email

City WESSON          State MS     Zip 39191                    Ntillman601@gmail.com

Hm Phone          WK          X     Mess.          Cell 769-768-3525     Other

Zone 1148          Directions VIN-7NR1U1414LF003385 14X6 UTILITY

Commitment

Comments CHAPTER 13 BANKRUPTCY---W/ GRAY LAW

| CONTRACT# | DUE DATE | TYP/TRM | PAYMENT | LDW/int | OTHER | TOTAL | #PMT | NEXT DUE | Back Rent | EPO $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1613185R | 9/7/25 | R    M | 73.19 | 0.00 | 135.00 | 866.90 | 10 | 7/7/2026 | 0.00 | $2,185.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.19 | 0.00 | 135.00 | | #PMT | NEXT DUE | Deposit Balance |
| | | | | ALL | ALL | 0.00 |
| | GRAND TOTAL | 866.90 | | | | |
| | | | | | | Deposit Paid |
| F4 - Adjust Other Charges | | F6 - Complete | | | | |
| | | 277 Days Overdue | | | | |

Rating / Status

Last Pmt/Amt: 8/7/2025 $80.00          Total W/Deposit

Late over 7 days: 0  Late over 30 days: 0  Lifetime NSF Checks: 0          866.90

25-02038-KMS   Dkt 42-3   Filed 06/29/26   Entered 06/29/26 14:02:55   Page 3 of 5

```
                          Rental Access Trailers              Employee: JJW
                          PO Box 5117
                          South Fulton, TN 38257
                          (844) 292-3330

                          **** PAYMENT HISTORY REPORT ****

TILLMAN, NATHANIEL                                            DATE: 6/11/26
2124 JOHN SMITH LN            #           ACCT#:    1613185   TIME: 4:44:16 PM
WESSON MS 39191
HM PHONE:  WK PHONE:
CELL PHONE: 769-768-3525 OTHER PHONE:  Message Phone:
--------------------------------------------------------------------------------------------

     Contract Information

Contract#    Type    Term    Due Date    Payment    LDW      Club      Tax      Total Payment  Other Charges Due
1613185R     R       M       9/7/25      68.40      0.00     0.00      4.79         73.19          0.00

     Payment History

             Date    Date    Next              Days
Receipt#     Paid    Due     Due     Contract  Late   Pmt    LDW    Club   Other  Tax     Total    PF   Empl. Time       CK Number    B.R. Adj
--------------------------------------------------------------------------------------------------------------------------------------------
P160198021 8/7/25  8/7/25  9/7/25  1613185R   0     68.40   0.00   0.00   0.00   4.79    73.19    2    KMB   02:03 PM                  0.00
R160198019 8/7/25  8/7/25  8/7/25  1613185R   0      6.36   0.00   0.00   0.00   0.45     6.81    1    KMB   02:03 PM
```



CONTRACT INFORMATION

| | CONTRACT # | OPEN DATE | TYPE/TERM | TOTAL | PAID | DUE | PAYOFF | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1613185R | 8/7/25 | R   M | $3,513.49 | $79.99 | $3,433.50 | $2,185.91 | * |
| MODEL | TRAILER | | PMT $68.40 | 48.01 | 1.09 | 46.91 | | |
| 2 | | | | | | | | * |
| MODEL | | | | | | | | |
| 3 | | | | | | | | * |
| MODEL | | | | | | | | |
| 4 | | | | | | | | * |
| MODEL | | | | | | | | |
| 5 | | | | | | | | * |
| MODEL | | | | | | | | |
| 6 | | | | | | | | * |
| MODEL | | | | | | | | |
| 7 | | | | | | | | * |
| MODEL | | | | | | | | |
| 8 | | | | | | | | * |
| MODEL | | | | | | | | |
| 9 | | | | | | | | * |
| MODEL | | | | | | | | |
| A | | | | | | | | * |
| MODEL | | | | | | | | |

The figures on this screen INCLUDE Tax (except PMT)

Deposit Balance

0.00

Payoff with Deposit subtracted: $2,185.91

*