# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02038        **Case Name:** Nathaniel Tillman and Yvette Anne Tillman

**Set:** 07/23/2026 10:00 am   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay . Filed by Creditor Rental Access, LLC (Attachments: # 1 Exhibit Redacted Lease # 2 Exhibit Bankruptcy Order # 3 Affidavit of Jennifer Woods & Pay History)  (Dkt. #42)

---

Minute Entry Re: (related document(s): [42] Motion for Relief From Stay filed by Rental Access, LLC) Gray to submit an Agreed Order. Order due by 08/06/2026. Called in by Gray's office. (mcc)