# Proceeding Minutes / Proceeding Memo

**Case #:**  25-02038          **Case Name:**   Nathaniel Tillman and Yvette Anne Tillman

**Set:**  07/23/2026 10:00 am   **Chapter:**  13   **Type:**  bk     **Judge**   Katharine M. Samson

**matter**   Motion for Relief from Stay .  Filed by Creditor Rental Access, LLC (Attachments: # 1 Exhibit Redacted Lease # 2 Exhibit Bankruptcy Order # 3 Affidavit of Jennifer Woods & Pay History)  (Dkt. #42)

---

Minute Entry Re: (related document(s): [42] Motion for Relief From Stay filed by Rental Access, LLC) Gray to submit an Agreed Order. Order due by 08/06/2026. Called in by Gray's office. (mcc)

EXTENDED TO 8/20/26 (CC 8/7/26)