**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Nathaniel Tillman**
**Yvette Anne Tillman,**

**DEBTOR(S).**

**CASE NO: 25-02038 KMS**

**CHAPTER 13**

Patrick Gray, Esq.
Thomas Carl Rollins, Jr., Esq.

**ORDER TO SHOW CAUSE**

YOU ARE HEREBY ORDERED TO APPEAR on October 15, 2026, at 10:00 a.m. in the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on July 23, 2026, on the Motion for Relief from Stay filed by Rental Access, LLC (Dkt. #42) in the above-styled case. *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##