**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **NATHANIEL TILLMAN** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **YVETTE ANNE TILLMAN** | ) | |
| | ) | **Case Number: 25-02038-KMS** |
| | ) | |
| **DEBTORS.** | ) | **Chapter 13** |

**<u>AGREED ORDER LIFTING STAY</u>**

Creditor, RENTAL ACCESS, LLC filed a Motion for Relief from Stay (Doc. #42). Movant's Motion was set to be heard on July 23, 2026. Upon consideration of Creditor's motion, the agreement of counsel for Creditor and Debtor, and for good cause shown, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

Creditor's Motion for Relief from Automatic Stay is **GRANTED**. The automatic stay is **LIFTED** as to Movant's rights in its subject lease with Debtor and as to Movant's rights in its property; to wit: the utility trailer the subject of the lease between the parties, one (1) 6 x 14 Utility Trailer (VIN# 7NR1U1414LF003385)**,** and Movant is free to take all

necessary action in accordance with the subject lease and applicable laws to pursue its contractual rights and right of possession of the subject utility trailer.

##END OF ORDER##

This Order was prepared by:

/s/ Patrick O. Gray
Patrick O. Gray
Attorney for Movant
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
patrick@gray-lawgroup.com

This order approved by:
/s/Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
Debtor's Attorney
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

This order approved by:
/s/ Samuel J. Duncan, Atty for
David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
601-582-5011
Email: ecfnotices@rawlings13.net