**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**NATHANIEL TILLMAN**
**YVETTE ANNE TILLMAN,**

**DEBTOR(S).**

**CASE NO. 25-02038 KMS**

**CHAPTER 13**

**ORDER DISMISSING ORDER TO SHOW CAUSE**

There came on for consideration the Order to Show Cause (Dkt. #48) entered on August 21, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion for Relief from Stay filed by Rental Access, LLC (Dkt. #42) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##